# FRYDMAN LLC

ATTORNEYS AT LAW
501 FIFTH AVENUE – 15th FLOOR
NEW YORK, NEW YORK 10017
(T) 212-355-9100
(F) 212-997-0371

David S. Frydman
Ext. 141

email:
dfrydman@frydmanllc.com

July 23, 2025

BY ECF

Magistrate Judge Valerie Figueredo
United States District Court
500 Pearl Street, Room 17A
New York, NY 10007

Re:   *DePalma Productions, LLC v. City Scenic LLC*; No.: 24-cv-06213 (JLR) (VF)

Dear Judge Figueredo:

    I represent defendant and write with the consent of plaintiff on behalf of all parties to request that the Court cancel the Settlement Conference scheduled for tomorrow, July 24, 2025. This afternoon, the parties reached a settlement in principle. The parties have agreed to a one-week period to document the settlement. Should an issue arise that could be facilitated by mediation, the parties would then seek to request an adjourn date for the Settlement Conference. This is the first scheduling request concerning the Settlement Conference.

    Thank you for your attention to this matter.

Respectfully,

*David S. Frydman*

David S. Frydman

---

**MEMO ENDORSED**

[Signature]
HON. VALERIE FIGUEREDO
UNITED STATES MAGISTRATE JUDGE

Dated: 7/23/25

The conference is canceled based on the parties' representation that they reached a settlement in principle.